

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004279596
$ 00.26⁵
JAN 22 2015
MAILED FROM ZIP CODE 7870

1/21/2015
GLASS, ARELIOUS          Tr. Ct. No. 64834-A          WR-82,614-01
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RTB Discharge

ARELIOUS GLASS
# 1734508

UTF

EBN3B 77406